# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**SEALED INDICTMENT**

DONALD MARK BELL

3:22cr78-MCR

_____/

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about March 28, 2022, in the Northern District of Florida, the defendant,

**DONALD MARK BELL,**

knowingly and with the intent to deceive and defraud, did falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department, agency, and officer thereof, namely, the United States Marshals Service, and did act as such.

Returned in open court pursuant to Rule 6(f)

11/15/2022
Date

United States Magistrate Judge

FILED USDC FLND PN
NOV 15 '22 PM 2:40

In violation of Title 18, United States Code, Section 912.

A TRUE BILL:

███████████████████
FOREPERSON

Nov 15, 2022
DATE

_____
JASON R. COODY
United States Attorney

_____
AMANDA GORDON
Assistant United States Attorney