# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:22-mj-02117-SPF-1

| | |
|---|---|
| Case title: USA v. Bell | Date Filed: 11/21/2022 |

Other court case number: 3:22-cr-78-MCR Northern District of Florida

Assigned to: Magistrate Judge Sean P. Flynn

**Defendant (1)**

**Donald Mark Bell**     represented by     **Tina Budzisz**
Office of Federal Public Defender
Middle District of Florida
400 N Tampa Street
Suite 2700
Tampa, FL 33602
813-228-2715
Email: tina_budzisz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                        **Disposition**
18:912.F IMPERSONATING OFFICER
OR EMPLOYEE OF U.S.

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Karyna Valdes** <br> DOJ-USAO <br> Tampa Office <br> 400 North Tampa Street <br> Suite 3200 <br> Tampa, FL 33602 <br> 813-274-6000 <br> Email: karyna.valdes@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2022 | 1 | Arrest pursuant to Rule 5(c)(2) of Donald Mark Bell from the Northern District of Florida. (EJC) (Entered: 11/21/2022) |
| 11/21/2022 | 2 | **ORDER as to Donald Mark Bell: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (EJC)** (Entered: 11/21/2022) |
| 11/21/2022 | 3 | ***CJA 23 Financial Affidavit by Donald Mark Bell. (EJC) (Entered: 11/21/2022) |
| 11/21/2022 | 4 | ORAL MOTION to Appoint Counsel by Donald Mark Bell. (EJC) (Entered: 11/22/2022) |
| 11/21/2022 | 5 | **ORAL ORDER granting 4 Motion to Appoint Counsel. Tina Budzisz, AFPD appointed as to Donald Mark Bell (1). Signed by Magistrate Judge Sean P. Flynn on 11/21/2022. (EJC)** (Entered: 11/22/2022) |
| 11/21/2022 | 6 | **ORAL ORDER as to Donald Mark Bell: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Sean P. Flynn on 11/21/2022. (EJC)** (Entered: 11/22/2022) |
| 11/21/2022 | 7 | WAIVER of Rule 5 & 5.1 Hearings hearing by Donald Mark Bell. (EJC) (Entered: 11/22/2022) |
| 11/21/2022 | 8 | ORAL MOTION for Release from Custody by USA as to Donald Mark Bell. (EJC) (Entered: 11/22/2022) |
| 11/21/2022 | 9 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting 8 Oral Motion for Release from Custody as to Donald Mark Bell (1). DETENTION Hearing as to Donald Mark Bell held on 11/21/2022; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/21/2022 as to Donald Mark Bell from the Northern District of Florida.. (DIGITAL) (Interpreter/Language: N/A) (EJC) (Entered: 11/22/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/28/2022 16:06:19 | | | |
| **PACER Login:** | fn1417 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-mj-02117-SPF |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:   Due Process Protections Act          CASE NO. 3:20-mc-20-J-32

**STANDING ORDER REGARDING
DUE PROCESS PROTECTIONS ACT**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and orders the United States to do so.  Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.



TIMOTHY J. CORRIGAN
Chief United States District Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:22-mj-2117-SPF |
| ) | |
| Donald Mark Bell ) | Charging District's Case No. 3:22-cr-78-MCR |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Northern District of Florida  .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing. — Gov't indicated they are not seeking detention

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/21/2022

*Defendant's signature*

*Signature of defendant's attorney*

Tina Budzisz (AFD)
*Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

CASE NO. 8:22-mj-2117-SPF            DATE: November 21, 2022

HONORABLE: SEAN P. FLYNN

UNITED STATES OF AMERICA            Karyna Valdes, AUSA
                                     Government Counsel

v.

DONALD MARK BELL                     Tina Budzisz ,FPD
Defendant                            Defense Counsel

DEPUTY CLERK: Eric Calderon          COURTROOM: 11B

INTERPRETER/LANGUAGE: N/A

TIME: 2:07 – 2:20        TOTAL: 0:13        COURT RPTR/TAPE: Digital

PROCEEDINGS: INITIAL APPEARANCE / DETENTION

Deft provided w/copy of: Indictment (Northern District of Florida)
ARREST DATE: 11/21/22
Court summarized charges
Court advises of Deft's Rule 5 rights
Court Oral Order Due Process Protections Act
Defendant Oral Motion to Appoint Counsel
Defendant Financial Affidavit Filed
Court Oral Order Appointing Tina Budzisz, AFPD
Defendant waives Identity Hearing and Production of the Warrant

Government Oral Motion for Release
Government position: agrees with Conditions of Release suggested by U.S. Pretrial Services
Defendant position: agrees with Conditions of Release suggested by U.S. Pretrial Services, also would like to be able to travel to Iowa from 11/30/22 – 1/10/23

Court: Released Own Recognizance
Shall Report to U.S. Pretrial Services as directed, travel restricted to Middle District of Florida and Northern District of Florida, allowed to travel to Iowa from 11/30/22 – 1/20/23 and travel to be monitored by U.S. Pretrial Services, mental health evaluation and treatment, surrender passport, not obtain any new travel documents