IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 3:22cr78/MCR

DONALD MARK BELL,

    Defendant.
_____/

## DEFENDANT'S FIRST MOTION TO CONTINUE TRIAL DATE
## (UNOPPOSED)

The defendant, DONALD M. BELL, through his undersigned counsel (counsel), moves to continue his trial date 30 days to allow review of discovery and an in-person meeting with counsel.

Mr. Bell is charged with one counts of impersonating a federal employee in violation of 18 U.S.C. § 912. (Doc 1). Mr. Bell made his initial appearance and was arraigned on November 29, 2022. (Doc. 9). Counsel filed her notice of appearance on December 5, 2022 (Doc. 15). Mr. Bell's trial is currently set for January 3, 2023. (Doc. 14).

Counsel has received discovery in this case, and is in the process of reviewing discovery, providing it to Mr. Bell, and planning an in-person meeting. The discovery includes 13 files which are audio or video, some of which are brief, but one of which is

over an hour long. Mr. Bell does not reside in the local area, but is planning to come to Pensacola to meet with counsel. Trial is currently set for January 3, 2023, and counsel requires additional time to prepare, due in part to holiday conflicts. Mr. Bell has been consulted regarding this continuance. He supports this continuance and agrees to exclude the period of delay in computing the time within which the trial must commence under the Speedy Trial Act.

WHEREFORE, Mr. Bell requests to continue his trial date 30 days to allow for review of discovery, to provide Mr. Bell with the discovery, and to allow for in-person consultation with counsel.

## LOCAL RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that I have conferred with Assistant United States Attorney Amanda Gordon and she does not oppose this motion.

RESPECTFULLY SUBMITTED this 9th day of December, 2022.

/s/ *Virginia M. Bare*
VIRGINIA M. BARE
Florida Bar No. 1030136
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Virginia_Bare@fd.org