IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:22cr78/MCR

v.

DONALD MARK BELL

_____/

## FACTUAL BASIS FOR GUILTY PLEA

The Defendant admits that if this case were to proceed to trial, the government could produce competent, substantial evidence of the following facts to prove the Defendant is guilty of the offense charged in the Indictment, which is incorporated herein as true and correct.

On or about March 28, 2022, Defendant Donald Bell arrived at an Okaloosa County Sheriff's Office (OCSO) substation with a woman and requested a civil standby regarding a residence at XXXX McDonald Street in Crestview, Florida. An OCSO deputy advised the Defendant that they could not provide that service without a court order. The Defendant stated, "I will let you know up front, I am a Federal Marshal. I am not on duty though." The Defendant appeared to be wearing a badge around his neck. When the OCSO deputy confirmed that she could not provide that service because it was civil in nature, the Defendant stated, "in case you need paper,

1

**FILED IN OPEN COURT THIS**

 1-26-23   Jw

**CLERK, U.S. DISTRICT COURT, NORTH DIST. FLA.**

I have paper" and removed his wallet, flashed what appeared to be credentials, and offered to show it to the deputy. The Defendant told the OCSO deputy that there were 100 guns, and the resident was a drug addict and a convicted felon. The Defendant then asked if he had "your permission, instead of busting her myself, I can call you…I don't want to do the paperwork." The Defendant stated, "I'm DHS, I'm a Federal Marshal but I'm designated DHS for four more days. I'm retiring finally…. My intent is…ATF is probably going to be doing a raid, supposed to last week. DEA might be involved…going in to give them extra evidence I hope, plus I want to scare her into releasing the will that she won't release."

A short time later, OCSO deputies responded to a trespassing call at the McDonald Street residence. Upon arriving, an OCSO deputy observed an SUV, registered to the Defendant, backed into the driveway with flashing red and blue lights illuminated in the vehicle's grill. The OCSO deputy was greeted by the Defendant in the driveway. The Defendant was wearing a silver badge with a star, consistent with those worn by United States Marshals, and introduced himself as "Don Bell, Deputy Marshal." There was a K-9 sticker on the back of the Defendant's SUV.

OCSO deputies entered the residence and interviewed D.D., the sole resident of the home. D.D. was married to the late C.D., who had passed away on February

18, 2022. D.D. and C.D. had lived together at the residence. The other individuals present, who had arrived with the Defendant, were the children or step-children of C.D. The individuals stated that they came to the residence to take an inventory of the property, and they believed D.D. was hiding the will.

D.D. said that the group showed up at the door. The Defendant was introduced as a friend and identified himself as a U.S. Marshal. The Defendant and the individuals entered the residence.

The United States Marshals Service (USMS) has confirmed that they have no record of the Defendant ever being employed by the USMS.

## ELEMENTS

A defendant can be found guilty of false impersonation of an officer of the United States, in violation of Title 18, United States Code, Section 912, only if:

*First*:    the Defendant pretended to be an officer or employee acting under the authority of the United States;

*Second*:    the Defendant acted as such; and

*Third*: the Defendant did so knowingly with intent to deceive or defraud another.

 

JASON R. COODY
United States Attorney

*/s/ Virginia M. Bare*
VIRGINIA M. BARE
Attorney for Defendant

1/26/2023
Date

*/s/ Amanda Gordon*
AMANDA GORDON
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 377340
21 East Garden Street, Suite 400
Pensacola, FL 32505
850.444.4000
amanda.gordon@usdoj.gov

*/s/*
DONALD MARK BELL
Defendant

1/26/2023
Date

1/26/2023
Date