# *United States District Court*
## CRIMINAL MINUTES - SENTENCING

| | | | |
|---|---|---|---|
| Time Commenced | 3:00 pm | Case No. | 3:22-cr-00078-MCR |
| Time Concluded | 3:49 pm | Date | May 22, 2023 |

**DOCKET ENTRY: SENTENCING HEARING for DEFENDANT DONALD MARK BELL:**

Sentence imposed as to Count 1: Custody of BOP for 10 months; Supervised Release for one year as to Count One. Fine waived, and SMA of $100 (due immediately). No restitution ordered.
SEE FORMAL JUDGMENT.

---

PRESENT: HONORABLE **M. CASEY RODGERS** U.S. DISTRICT JUDGE

| Alicia Forbes | Zachary Link | Donna Boland | Keri Igney |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

---

**USA v DEFENDANT LISTED BELOW**  |  **ATTORNEY FOR DEFENDANT**
(1) **DONALD MARK BELL**  |  (1) **VIRGINIA M. BARE**

✓ Present ___ Custody ✓ O/R   ✓ Present ✓ Appointed ___ Retained

**PROCEEDINGS:**

- ✓ DEFT has read the presentence investigation (PSR) report and has discussed it with his attorney.
- ✓ DEFT adjudicated Guilty of Count: 1   SENTENCE IMPOSED: Ten (10) months
- ✓ DEFT remanded to the custody of the Bureau of Prisons on Count:
    imprisonment for a term of 10 months

- ✓ Court recommends place of incarceration at or near: A Federal Medical Center closest to the residence of Defendant. If medical center designation is not something BOP approves after reviewing all records, Court recommends a federal prison camp.
- ✓ Additional recommendations:
    - ___ Residential Drug Abuse Program (RDAP) while in custody of BOP
    - ___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
    - ___ Deft identified as needing substance abuse treatment both during incarceration and at a reentry center.
    - ___ Complete GED classes.
    - ___ Mental Health Evaluation and/or Treatment while in the custody of BOP.
    - ___ Sex Offender Treatment Programming.
    - ___ Cognitive Behavioral Therapy Programming.
    - ___ Other:
- ✓ FINE PAYMENT: ✓ Fine: waived   JVTA Fine: $ ___   ✓ SMA of $100, due immediately
                                    AVAA: $ ___   Restitution: $ ___

## SENTENCING MINUTES CONTINUED

**S/R or PROBATION. DEFT is under:**

- ✓ Supervised Release for a total period of 1 year
- ___ Probation for a period of ___ years.
- ___ Home Detention of ___ months w/following conditions:

**With the following special conditions or modifications:**

- ___ DEFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Deft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.
- ___ DEFT shall submit to testing for the use of illegal controlled substances or alcohol to excess.
- ✓ DEFT shall be evaluated for mental health and referred to treatment as determined necessary through an evaluation process. Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program
- ___ DEFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
- ___ DEFT shall participate in a program of mental health treatment.
- ___ DEFT shall provide requested financial information to the U.S. Probation Officer.
- ___ DEFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.
- ___ DEFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
- ___ DEFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied
- ___ DEFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.
- ✓ DEFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
- ✓ ADDITIONAL TERMS: Prohibited from possessing any law enforcement insignia or materials that may be used to impersonate law enforcement officer.

**Custody Status:**

- ___ DEFT committed to the custody of the U.S. Department of Justice.
- ✓ DEFT to surrender to USMS or designated institution at his own expense no later than 12:00 pm on a date consistent with physician's outline of timeframe for medical care needed. Ms. Bare directed to provide details and statements from physicians. The Government will be given an opportunity to respond to timeline.
- ✓ DEFT remains on bond with _✓_ the same terms and conditions until such time as Defendant's counsel can provide the Court details of medical procedures and timelines. Once this information is provided, the Court will enter an order which mandates surrender date and time for serving BOP sentence.
- ___ DEFT is released after meeting with Probation Officer.

**Other:**

- ✓ Plea Date: January 26, 2023
- ___ Remaining count(s) ___ is/are dismissed on government motion.
- ✓ Court informs Deft of right to appeal.
  - ___ Deft requests that the Clerk of Court file a notice of appeal on his/her behalf.
- ✓ DEFT addresses the Court.
- ___ NO FORFEITURE  ___ PRELIMINARY ORDER OF FORFEITURE entered on ___ (doc. #)