## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2023

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 23-11904-A
Case Style: USA v. Donald Mark Bell
District Court Docket No: 3:22-cr-00078-MCR-1

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-11904-A

_____

UNITED STATES OF AMERICA,

                                                 Plaintiff - Appellee,

versus

DONALD MARK BELL,

                                                 Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Donald Mark Bell is GRANTED by clerk [9967886-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective July 07, 2023.

                                   DAVID J. SMITH
            Clerk of Court of the United States Court
              of Appeals for the Eleventh Circuit

                                                    FOR THE COURT - BY DIRECTION